UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSE NUNEZ AND BERTHA NUNEZ

VERSUS

ACE AMERICAN INSURANCE COMPANY, US AUTOLOGISTICS LLC, AND JAMES P. BOWIE

CIVIL ACTION

NO. 17-1593-BAJ-EWD

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder Doomes dated December 28, 2017[1] to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Motion to Remand Encompassing Plaintiffs' Response to the Court's Order[2] filed by Plaintiffs, Jose Nunez and Bertha Nunez is GRANTED and that this suit is REMANDED to the 19th Judicial District Court for the State of Louisiana.

Signed in Baton Rouge, Louisiana, on January 16, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 13
2 R. Doc. 10